UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-CR-00140-04 |
| VERSUS | * | JUDGE WALTER |
| MICHAEL NICHOLAS | * | MAG. JUDGE WHITEHURST |

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, Michael Nicholas, on March 10, 2017.  Defendant was present with his counsel Amanda Martin.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Counts 1 and 2 of the Bill of Information, is fully supported by a written factual basis for each of the essential elements of the offenses.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Michael Nicholas, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Michael Nicholas be

finally adjudged guilty of the offenses charged in Counts 1 and 2 of the Bill of Information.

The defendant has waived his right to file an objection to the Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 13th day of March, 2017.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE